United States Court of Appeals

For the Eighth Circuit

_____

No. 21-1984
_____

United States of America

*Plaintiff - Appellee*

v.

Christopher Michael Goerdt

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: February 14, 2022
Filed: March 1, 2022
[Unpublished]
_____

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Christopher Goerdt appeals the sentence the district court[1] imposed after he pled guilty to bank fraud, wire fraud, aggravated identity theft, and misapplication by

_____

[1]The Honorable Stephanie M. Rose, then District Judge, now Chief Judge, United States District Court the Southern District of Iowa.

a bank officer. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging several findings underlying the district court's United States Sentencing Guidelines Manual ("Guidelines") calculations.

Upon careful review, we conclude the district court did not commit any procedural error in sentencing Goerdt. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (in reviewing sentence, appellate court first ensures district court committed no significant procedural error, such as improperly calculating Guidelines range); *see also United States v. Jenkins-Watts*, 574 F.3d 950, 960–61 (8th Cir. 2009) (discussing appellate review of loss determinations). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____